UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Xavian Insurance Company, et al.
                                    Plaintiff,
v.                                                          Case No.: 1:18−cv−06222
                                                            Honorable Thomas M. Durkin
Boeing Capital Corporation, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 25, 2019:

    MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed Plaintiffs' Preliminary Trade Secret Designation Overview in camera, and finds that it contains a reasonably fulsome and complete explanation of the trade secrets which Plaintiffs' believer were allegedly misappropriated by Defendants, contrary to the Defendants' assertion at the motion hearing that Plaintiffs' designation was more akin to a voluminous and virtually unedited production of documents. As such, the Court finds that Defendants should be compelled to augment their MIDP disclosures, and hereby grants Plaintiffs' Motion to Compel [54]. As discussed in open court at the motion hearing, Defendants are ordered to provide some factual basis for the legal claims it made in its MIDP disclosures. While the Court understands that those answers will necessarily be limited by the early stage of the case, a reasonable investigation should have turned up more information than Defendants included in their disclosures and Defendants are required to produce that information to Plaintiffs in their response. Defendants' amended response to MIDP Item Number 4 is due on or before 2/15/19. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.