# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Xavian Insurance Company, et al.
                                              Plaintiff,

v.                                                              Case No.: 1:18−cv−06222
                                                                    Honorable Thomas M. Durkin

Boeing Capital Corporation, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2019:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion to modify discovery schedule [85] is granted. Appearance on December 2, 2019, is not required to present this motion. Parties are ordered to adhere to the following amended schedule: (1) Plaintiffs to serve their Second Amended Trade Secret Designation by December 6, 2019; (2) parties to meet and confer regarding the adequacy of the Second Amended Trade Secret Designation by December 20, 2019; (3) parties to exchange ESI productions pursuant to the MIDP by December 23, 2019; (4) parties to appear for a status hearing on January 7, 2020, at 11:00 a.m. in courtroom 1019 to discuss any issues associated with the trade secret identification and/or impact on written discovery; (5) parties to serve written discovery requests (except for requests to admit) by January 31, 2020; (6) parties to serve answers to written discovery requests by February 28, 2020; (7) parties to confer regarding the adequacy of written discovery answers by March 6, 2020; (8) parties to file a joint status report identifying each side's written discovery issues, along with the relevant written discovery responses as exhibits by March 13, 2020; and (9) appear for a status hearing on March 18, 2020, at 11:00 a.m. to discuss any identified written discovery issues. The January 15, 2020 status hearing is cancelled. The deadlines in this order are firm. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.